AO 91 (Rev. 01/09) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 04 2013
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

# UNITED STATES DISTRICT COURT

for the

NORTHERN District of NEW YORK

United States of America
v.

Jose Menjivar,
*Defendant*

Case No. 8:13-m-94(LAK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 3, 2013 in the county of Franklin in the NORTHERN District of NEW YORK, the defendant violated 8 U. S. C. § 1325 (a)(2), an offense described as follows:

Jose Menjivar, an alien, willfully and knowingly entered the United States from Canada by eluding an examination or inspection by immigration officers.

This criminal complaint is based on these facts:

On the afternoon of March 3, 2013, United States Border Patrol (USBP) agents assigned to the Burke, New York station were notified by sector dispatch of a citizen's call regarding a suspicious person walking near Bird Road in Westville, New York. An Immigration inspection of the subject revealed Jose Menjivar whom is a citizen of El Salvador and does not have legal immigration status to be in, pass through, or otherwise remain in the United States legally. While still in Westville, New York MENJIVAR freely admitted to having crossed the border from Canada to the United States without inspection and was en route to New York, New York. MENJIVAR was placed under arrest and transported to the Burke, New York station. At the station record checks revealed MENJIVAR in fact does not have any legal status in the United States.

*Complainant's signature*

Jared Jarvis , USBP Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 4, 2013

*Judge's signature*

City and state: Plattsburgh, New York

Hon. , Larry A. Kudrle United States Magistrate Judge
*Printed name and title*